UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LATASHA JONES,<br>        Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NORTH CAROLINA WILMINGTON,<br>        Defendant. | **JUDGMENT**<br>**CASE NO. 7:22-CV-19-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on December 20, 2022 [DE-21], Defendant's motion to dismiss is GRANTED.

This Judgment filed and entered on December 20, 2022, and copies to:
Counsel of record for the parties (via CM/ECF Electronic Notification)

December 20, 2022

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. Waddell
Deputy Clerk